# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0923
_____

JONATHAN EDELMANN,

   Appellant,

v.

MARIOLA EDELMANN,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

March 14, 2024

PER CURIAM.

   AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John N. Bogdanoff, The Carlyle Appellate Law Firm, Orlando, for Appellant.

Adam Vorhis, Asheville, NC, for Appellee.